# Amendment to Formal Complaint
# Department of Commerce
# Census Bureau
# 63-2024-00062
# March 31, 2024

My name is Carlos A. Alford. I was a field representative for the Census Bureau. I am being fired for work I did on the Children health survey. I was cleared of all wrongdoing by the director of the program. Also I never received any training. I had to get out the Survey and I had no training for this survey. So, Mr. Tighe analogy of what happened is wrong. If this is the basis of firing me then it should be overturned, and I be given my job back. I have been harassed by my supervisor for over a year. She would call me and threaten me. She would send out e-mails telling me she was harassing me. After I go to a house my supervisor would dock my pay and steal hours that I worked. Stating that she is the supervisor, and she can take hours whenever she wants 67to. Without any due process. I have been asking for reassignment to another supervisor. I told her supervisor that I suffer from Combat Mental, and I requested that they make accommodation for me. All my pleas fell on deaf ears. Finally, after my supervisor told her supervisor that I was going to 2-4 houses in a four-hour period. I was doing 6-7 houses in a four-hour period' Last month I got 13 interviews. I finished in 2 weeks. They would not assign me anymore work. I snapped and sent her an e-mail outlining everything she was doing wrong. Her supervisor read the e-mail and fired me. Before I sent out the e-mail I requested to be re-assigned to another county because I was buying a house out of the county again, I was refused. I just told the truth. Am I sorry No. Someone had to stand up to her. She is a bully, and I was taught that you take a stand against them. I hope this will shed some light on my actions, and I never disrespected her, I just told the truth. I believe I was fired in retaliation for me filing an EEOC complaint against my supervisor. I am 100% disabled. I suffer from schizoaffective PTSD, Anxiety, and Sleep Apnea. I hold a 10-Point Veteran's Preference which means once I told my supervisors they were supposed to accommodate me. Which means no hollering or threatening me. I was

also Suspended from work because I would not obtain information by 8illegal means. The supervisor told me that I had to go to this black website and invade people's privacy. This was an illegal action, and I didn't want to get into trouble with the FBI.

Carlos A. Alford_____ Date_____